IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Civ. No. 1:22-cv-00184 MIS/SCY

2016 DODGE CHARGER SRT 392, VIN: 2C3CDXEJ9GH340320,

    Defendant-in-rem.

### DEFAULT JUDGMENT AND ORDER OF FORFEITURE

This matter having come before the Court on the United States' Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, ECF No. 16, the Court having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS:

1. The statements contained in the Request for Clerk's Entry of Default (Praecipe), ECF No. 14, the Clerk's Entry of Default, ECF No. 15, and the Motion for Default Judgment, ECF No. 16, are true.

2. This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Default Judgment.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Default Judgment is entered in favor of the United States.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all rights, title and interest in the Defendant 2016 DODGE CHARGER SRT 392, VIN:2C3CDXEJ9GH340320 are forfeited to the United States and title thereto is vested in the United States.

**IT IS SO ORDERED.**

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE